UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

Michael Matthews
    Plaintiff

                                July 9-2024

v

United States of
    America et al;

**FILED
SCRANTON**

JUL 16 2024

PER _____
DEPUTY CLERK

Appeal of 'Denial of Federal Tort Claim Act
Pursuant to 28 U.S.C.§1346(b) 2674

Comes now , Michael Matthews, Pro Se hereby appeals to this Honorable Court for the denial of Federal Tort Claim No.TRT-NER-2024-01951 in the amount of $30.000 that was denied on the date of June13-2024. This claim is for personal injury that resulted out of negligence, and inadequate care dating back to March 2022(see denial).

1 This action dates back to March 2022 when claimant was given multiple MRI and Cat scans. During the taking of these procedures it was diagnosed that claimant Michael Matthews has Cervical Lumbar, and Vertebrae Spinal injury(see medical records). The result of these injuries when diagnosed revealed that claimant has Spinal Stenosis, and Spondylothesis.

2. Claimant began 'Pain Management in March 2022, and received injections (epidural) in his lower back, this procedure was to be given a minimum of every 3 months in order to be a success. It has taken nearly 1 year and a half for claimant to receive 3 injection, all to no avail, for claimants condition has deteriorated to the extent it is hard, and impractical for claimant to function properly in a 'High Level 7 Penitentiary(USP Canaan).

3 Claimant was transported to CommonWealth Hospital to be examined by surgeon doctor Victor Udekwu at the Wilkes Barre Hospital. This was a wasted trip on the account the transporting officers were not given the recorded DVD's or file of my claimants injuries, and the visit was terminated.

4 Claimant's injury to his left shoulder has deteriorated to the point it is now bone to bone, and causing excruciating pain during his nights of rest and sleep

(2)

5 Since the diagnoses of my injuries through MRI and Cat Scan, my injuries have only gotten worse within the last 18 months on the account the surgery is needed to repair has gone overlooked for two years now. As of 9-2023 when I awake , the burning sensation I have in both hands leave both hands swollen.

6 Claimant/patient has requested that he be transferred toa Care Level 3 Medical Facility 2 years ago, but continues to remain in a Care Level 2 facility where he can't get adequate care(see memo 4-21-22)

7 Claimant /patient has been given multiple MRI and Cat Scan, his health continues to deteriorate as medical staff here at Canaan USP continue to expedite the proceeding of warranted surgery.

8 Claimant has witness'es that were never given the opportunity to be interviewed that could testify to the extent of patients injuries.

9 Claimant /Patient never given an opportunity to litigate or file for discovery, rules 26(a) to 37 or 3(a)

10 Interrogatories for confrontation of how many other suits or complaints have been filed against medical here at USP Canaan for the same type of situation.

11 This is not a Care Level 3 Facility, no recovery rooms , or equipment, no therapy, no 24/7 on site doctor. No trained emergency trauma medical personel. this is not a qualified Care level Facility.

12 Negliget medical staff. Claimant constantly in severe pain, and given non responsive medical care , diagnoses inconsistent followup, wrongly prescribed medication, unproductive ointments.

13 Anything prescribed by an outside doctor , this facility will not give it to patient who is 72 years of age who's in constant need of reliable care.

14 Claimant/patient is in need of surgery now to nullify pain in severe areas, back, neck, shoulder.

15 Investigation incomplete and bias , prejudicial on the side of the] medcial staff here , no true investigation or communication with the degree of suffering patient , patient examination needed by investigator for their own realistic opinion of patients injuries.

(3)

16 Due to Warden Garza's inability in running USP Canaan, which is a High level 7 penitentiary that constantly remains on lockdown almost 65 percent of the time . These lockdowns cause limited movement in a 8x12 foot cell , and claimants myriad of injuries suffers more in stiffness,aches and pain being immobile.

17 The party of those who remain negligent for claimant/patients inadequate care is Diane Sommers (Medical Director) Heather Walters (Care Provider 5 years) Fernando Garza(warden).

18 During the constant lockdowns, ones 'Care Provider would not make rounds to assist patient who is Chronic care patient.

19 On 4-21-22, two years ago, patient /claimant requested to be transferred to a medical facility, and his medical treatment called for this treatment then for this type of medical resolve. Nothing other than two (epidural) injections in patients lower spine has been administered, dating back to 2021.

20 Due to the expired time in getting updated MRi and CatScan, this has caused further delay in claimant /patient getting transferred to Care level 3 facility.

21 On june 14--2024 Care provider Rhea Carey was making her rounds while the facility was free of being locked down. While this Care Provider was in unit E-2 she advised claimant that his transfer to a MEDICAL FACILITY has been deferred on the account of getting more recent MRI, and Cat Scan, so"they must be brought up to date"

22 The further delay in this progress, and much needed surgery is only to lead to further injury of patient/claimant that is already suffering . Last Cat Scan, and MRI was in February 2024. It is now four months and counting.

    Claimant Michael Matthews prayerfully hopes that his claim for negligence, and inadequate care will not be overlooked, and a more than reasonable intelligent decision will be rendered. Thank you.

Respectfully Submitted

    July 9-2024

*Michael Matthews*
Michael Matthews
Reg. No 01080-052
USP Canaan
Box 300
Waymart, Pa 18472

CC:file

Case 3:24-cv-01171-KM-SA    Document 1    Filed 07/16/24    Page 4 of 4



Michael Matthews 01080-052
USP Canaan
Box 300
Waymart, Pa. 18472

RECEIVED
SCRANTON

JUL 16 2024

PER _____
DEPUTY CLERK

SWIS X-RAY

William J Nealon - Federal Building
United States Courthouse        Room 101
235 North Washington Ave
Scranton, Pa.

18503